RECEIVED
NOV 04 2016
BY MAIL

11-1-16

Your Honor,

My name is Terrance Wilson, Defendant is case # 4:15CR441. I'm writing to not only include within the record, but also inform this court that I am not satisfied with the motion that my attorney filed on 10-31-16. Particularly, I asked my attorney to file two separate motions for obvious reasons. Instead, one motion was filed with an "alternative" which defeats the purpose of the motion to dismiss!!! Additionally, I specifically asked my attorney to include within the motion to dismiss the fact that AUSA Reilly stated in open court "The Government does not know what Mr. Wilson role was in these crimes!" Emphasis added!!! Considering the circumstances, I'm sure the court understand why there should be two different motions!

Judge N. Collins.
111 S. 10th St.
St. Louis MO 63101

Thank you
Pro-Se

CC
File

Can I please get a file copy

RECEIVED
NOV 04 2016
BY MAIL

Judge N. Collins
111 S. 10th St.
St. Louis MO 63101

MAILED FROM:
ST. CHARLES COUNTY
ADULT DETENTION FACILITY
301 N 2ND STREET
ST. CHARLES, MO 63301

02 NOV 2016 PM 8 L
SAINT LOUIS MO 630

Judge N.C.
Terrence Wilson
301 N Second St
St Charles MO 63301