From: Terrance Wilson                          4-25-18

4:15CR441-CDP

RECEIVED
APR 30 2018
BY MAIL

Dear your Honor,        x _Terrance Wilson_

My name is Terrance Wilson I appeared in your court room on 4-24-2018 case# S1-4:15CR441. Your Honor I have issues protaining to this whole procedure not to mention the problems I've had with my lawyer from day one. On the above date I inttered a plea of guilty under the said case # S1-4:15CR441. I did so because my lawyer told me because ~~he left~~ he said so. He told me to say yes to all questions asked by you rather the're true or false because that was apart of the plea agreement. Your honor, alot of those questions I anserwed untruthfully. In fact most of them. Everything was moving fast. As court was proceeding my mind was not processing at the same speed. I was nervous, scared, unsure alone with alot of other mix emotions I was dealing with at the time.      Your Honor I would like to change my ~~plea~~ guilty plea from guilty to not guilty I would like to stand trail against these charges and said accusers. Thank you
         My lawyer Preston Humphrey & David Burns

To Withdraw a guilty plea

If a motion to withdraw a plea of guilty is made before the sentence is imposed, the court may permit the plea to be withdraw if the ~~presents~~ defendant shows any fair and just reason

Terrance Wilson
301 W. Second St
St Charles mo
63301

ST. LOUIS
MO 630
27 APR '18
PM 7 L

Hasler

US POSTAGE $000.47⁰

ZIP 63301
011D12603805

RECEIVED
APR 30 2018
BY MAIL

MAILED FROM:
ST. CHARLES COUNTY
ADULT DETENTION FACILITY

legal mail
63102-112599

To. Judge, Catherine Perry
Eastern District of ~~~~, missouri
111. S. tenth Stree
St. louis mo 63102

