RECEIVED
APR 30 2018
BY MAIL

4:15CR441-CDP

Dear Your Honor,  4-25-18

My name is Terrance Wilson, I appeared in your courtroom on April 24th, 2018 for case #S1-4:15CR441. Your Honor I have issues pertaining to this whole procedure. Not to mention the problems I've had with my counselor from day one. On the above date, I entered a plea of guilty on my case. I did so because my counselor advised that "he felt" that I should. Before I plead guilty my counselor advised that I would plead guilty to 35 years, but that the government would ask for less for my cooperation. I have since then learned that that's not the case and that I'll recieve 35 years upon sentencing. Your Honor the only reason I accepted the plea was for the possibility of recieving less time. As you know, I've already turned down a 30 year plea so it would be absurd for me to plea to 35 years without a chance of getting less time. So now with me now knowing that I've made a terrible mistake Your Honor, I'd like to respectfully withdraw my guilty plea. I'd like to stand trial or a lesser sentence, which ever one pleases the government but I do not want the 35 years I plead guilty to as I believe I was misled my my counselor. Thank you,

x _Terrance Wilson_   ①   Respectfully

