UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15 CR 441 CDP-1 |
| ) | |
| TERRANCE WILSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** in this matter as to defendant **Terrance Wilson** is **reset** from Thursday, August 30, 2018 at 10:00 a.m. **to Tuesday, November 20, 2018 at 2:00 p.m.** in Courtroom 14-South.   All Objections to the presentence report must be filed no later than **October 30, 2018.** If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **November 13, 2018** except that a response to a sentencing memorandum may be filed no later than **November 15, 2018.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2018.